# Exhibit H

**Capital Markets**
**Company Overview of Amundi Investments USA, LLC**

February 28, 2018 12:18 PM ET

| Snapshot | People |
|---|---|

**Company Overview**

Amundi Investments USA, LLC was formerly known as Amundi Alternative Investments, Inc. Amundi Investments USA, LLC operates as a subsidiary of Amundi USA, Inc.

1301 Avenue of the Americas
New York, NY 10019
United States

**Key Executives For Amundi Investments USA, LLC**

Mr. Karen Caldwell

Compensation as of Fiscal Year 2017.

**Similar Private Companies By Industry**

| Company Name | Region |
|---|---|
| @Visory LLC | United States |
| 1 Road Partners LLC | United States |
| 11T Partners, LLC | United States |
| 123Jump.com, Inc. | United States |
| 1509225 Ontario, Inc. | United States |

**Recent Private Companies Transactions**

| Type Date | Target |
|---|---|
| No transactions available in the past 12 months. | |

**Request Profile Update**

\