USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-16-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Application of Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. for an Order Directing Discovery from Amundi Investments USA Pursuant to 28 U.S.C. § 1782

Case No. 1:18-mc-78 _____

---

## ~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

THIS CAUSE came before the Court upon the Application of Anatoli Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. (together, "Petitioners") for judicial assistance pursuant to 28 U.S.C. § 1782 (the "1782 Application"). The Court, having considered the § 1782 Application, the supporting materials, and otherwise being fully advised in the premises, finds as follows:

(1) Petitioners have met the requirements under 28 U.S.C. § 1782 for granting the requested judicial assistance and relief.

(2) For purposes of the instant 1782 Application, the following financial institutions, persons, and/or corporate entities reside or are found in the Southern District of New York: Amundi Investments USA ("Amundi").

(3) The documentary and other discovery sought through this 1782 Application is for use in proceedings before a foreign tribunal.

(4) The Petitioners are interested persons within the meaning of the statute, in their capacity as litigants.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

(1) The 1782 Application is GRANTED.

(2) Any discovery taken pursuant to this Order shall be governed by the Federal Rules of Civil Procedure.

(3) The Petitioners' request for leave to conduct discovery and to serve subpoenas in substantially similar form as the form attached hereto as Appendix 1 is GRANTED.

(4) The Petitioners are further authorized to issue and serve additional follow-up subpoenas on Amundi as may be necessary to obtain the documentary evidence for use in the foreign proceeding, as described in the 1782 Application.

(5) Nothing in this Order shall be construed to prevent or otherwise foreclose Petitioners from seeking modification of this Order or leave of Court to serve any additional subpoena on any person or entity.

IT IS SO ORDERED, this 16 th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE