United States District Court
Southern District of New York

---

In re Application of Anatolie Stati, Gabriel Stati, Ascom Group, S.A., and Terra Raf Trans Traiding Ltd. for an Order Directing Discovery from Amundi Investments USA Pursuant to 28 U.S.C. § 1782

AFFIDAVIT OF SERVICE
Case No. 1:18-mc-78

---

State of New York )
                  ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on March 26, 2018 at approximately 3:55 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Order Granting Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782; Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Subpoena to Testify at a Deposition in a Civil Action; Ex Parte Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782; Miscellaneous Case Cover Sheet; Related Case Statement; Rule 7.1 Statement; and Declaration of Jessica A. Beess und Chrostin in Support of Ex Parte Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 with Exhibits, that the party served was Amundi Investments USA, LLC, a foreign limited liability company referred to herein as Amundi Investments USA, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Nancy Dougherty, a white female with black hair, being approximately 56 years of age; height of 5'3", weight of 135 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

_____
Mary M. Bonville

Sworn to before me this _____ day of March, 2018

_____
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2018